# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 28, 2014

148166 & (21)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

JOSEPH ZIEGLER,
      Petitioner-Appellant,

v

DEPARTMENT OF COMMUNITY HEALTH,
      Respondent-Appellee.

SC: 148166
COA: 314686
Ingham CC: 12-000449-AA

_____/

      On order of the Court, the motion to strike is DENIED. The application for leave to appeal the October 17, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 28, 2014



Clerk

p0224